UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ROXANNE B. CHAPELLE** | **CASE NO. 6:22-CV-05296** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KILOLO KIJAKAZI, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons set forth in the Ruling on Plaintiff's Objections [ECF No. 19] issued this date, and having determined that the Report and Recommendation of the Magistrate Judge is correct,

IT IS ORDERED, ADJUDGED and DECREED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 16th day of October, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE